UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 09-2269(DSD/AJB)

Life Insurance Company
of North America,

                    Plaintiff,

v.                                                          **ORDER**

Deborah A. Sessing and
Dawn S. Roman,

                    Defendants.


     In this interpleader action, this matter is before the court
upon the stipulation of settlement of defendants Deborah A. Sessing
and Dawn S. Roman.  (Doc. No. 42.)  On May 19, 2010, the court
granted plaintiff Life Insurance Company of North America's motion
to deposit funds with the Clerk of Court.  (Doc. No. 37.)
Defendants reached a settlement on July 1, 2010.  Accordingly,
based upon the file, record and proceedings herein and the parties'
settlement agreement, **IT IS HEREBY ORDERED** that:

     1.   The Clerk of Court shall pay Deborah A. Sessing, through
her attorney Beau D. McGraw, one-half of the funds remaining on
deposit pursuant to this court's May 19, 2010, order;

     2.   The Clerk of Court shall pay Dawn S. Roman, through her
attorney, Marc G. Kurzman, the other half of the funds remaining on
deposit pursuant to this court's May 19, 2010, order;

3.   This action is dismissed with prejudice.


**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  July 12, 2010


                                    s/David S. Doty
                                    David S. Doty, Judge
                                    United States District Court

2